# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAXIER ENRIQUEZ ESCOBAR, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00446-ALM-AGD |
| | § | |
| DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICE, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 26, 2026, the Report of the Magistrate Judge, (Dkt. #11), was entered containing proposed findings of fact and recommendation that the instant lawsuit be severed and transferred to the proper divisions of the United States District Court for the Eastern District of Texas. That is, Plaintiffs Enriquez Escobar and De La Cruz Leyva should be severed and transferred to the United States District Court for the Eastern District of Texas, Beaumont Division; Plaintiffs Rodriguez Marquez and Troya Bon should be severed and transferred to the United States District Court for the Eastern Division of Texas, Lufkin Division; and this court should retain Plaintiffs Lima Vargas and Veliz Gutierrez. The Report further recommended that each Plaintiff be permitted to file an Amended Complaint in the proper division once the transfers are complete.

On July 10, 2026, Defendants filed timely objections to the Report (Dkt. #13). The Court has conducted a de novo review of Defendants' objections (Dkt. #13). Having done so, the Court

is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

Specifically, Plaintiffs assert that the Report failed to "meaningfully analyz[e] the controlling Rule 21 and § 1404(a) factors." (Dkt. #13 at p. 2). Ultimately, Plaintiffs' objections seem to focus on the convenience for Plaintiffs in combining these matters. Plaintiffs assert that severance duplicates litigation, risks inconsistent rulings, undermines judicial economy, and substantially prejudices all parties (Dkt. #13 at pp. 3–4). But following Plaintiffs' logic, all parties within a federal district who have similar claims should be joined in one lawsuit, regardless of whether there is any relation to the parties other than their claims. It does not follow that inconsistent rulings are more likely to happen if the Plaintiffs are severed and transferred as the courts within this district are perfectly capable of applying the appropriate legal standard to Plaintiffs' cases.

It is therefore **ORDERED** that the instant lawsuit is **SEVERED** and **TRANSFERRED** to the proper divisions of the United States District Court for the Eastern District of Texas. That is, Plaintiffs Enriquez Escobar and De La Cruz Leyva are **SEVERED** and **TRANSFERRED** to the United States District Court for the Eastern District of Texas, Beaumont Division; Plaintiffs Rodriguez Marquez and Troya Bon are **SEVERED** and **TRANSFERRED** to the United States District Court for the Eastern Division of Texas, Lufkin Division; and this court retains Plaintiffs Lima Vargas and Veliz Gutierrez. It is further **ORDERED** that each Plaintiff shall file an Amended Complaint in the proper division once the transfers are complete.

**IT IS SO ORDERED.**

**SIGNED this 10th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE